# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Morgan, Ronald G. | District Court-Southern Texas | 04/03/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

600 East Harrison Street
Ste 204
Brownsville, TX 78520

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Tustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Ronald G. | 04/03/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sallie Mae/Dept of Education | Student Loan | K |
| 2. | Sallie Mae | Student Loan (personal debt) | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Ronald G. | 04/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Trust #1 assets follow: | | | | | | | | | |
| 2.   - Chevron | A | Dividend | J | T | | | | | |
| 3.   - Energen | A | Dividend | J | T | | | | | |
| 4.   - Microsoft | A | Dividend | J | T | | | | | |
| 5.   - Republic Services | A | Dividend | K | T | | | | | |
| 6.   - Insured Bank Program Stifel Nicolaus | A | Int./Div. | J | T | | | | | |
| 7.   - American Express Bank FSB | A | Interest | | | Sold | 5/31/12 | J | A | |
| 8.   - American Express Centurion | A | Interest | | | Sold | 9/30/12 | J | A | |
| 9.        IRA assets follow: | | | | | | | | | |
| 10.   - Senomyx | | None | J | T | | | | | |
| 11.   - Insured Bank Program Money Mkt Stifel Nicolaus | A | Int./Div. | K | T | | | | | |
| 12.   Merck & Co((X) | A | Int./Div. | J | T | | | | | |
| 13.   Corning Inc. (X) | A | Int./Div. | J | T | | | | | |
| 14.   End of      IRA Assets | | | | | | | | | |
| 15.   Rental Property #1, Alexandria VA (2004 $480,000) | E | Rent | | | Sold | 10/22/12 | N | A | |
| 16.      exercise of POA over living trust assets * | | | | | | | | | See Part VIII |
| 17.   - US Govt Money Market Fund - RBC Reserve Class (X) | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Ronald G. | 04/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Chevron Corp | D | Int./Div. | M | T | | | | | |
| 19. - Exxon Corp | C | Int./Div. | M | T | | | | | |
| 20. - FirstEnergy Corp | A | Int./Div. | J | T | | | | | |
| 21. - Home Depot Inc | B | Int./Div. | L | T | | | | | |
| 22. - Pfizer Inc | A | Int./Div. | K | T | | | | | |
| 23. - Verizon Communications | A | Int./Div. | J | T | | | | | |
| 24. - ISHARES Trust US Bonds | C | Interest | M | T | | | | | |
| 25. - ISHARES Trust IBOXX S Investop | D | Interest | M | T | | | | | |
| 26. - Citizens BK Flnt Mich CD | A | Interest | | | Sold | 3/26/12 | L | | |
| 27. - FirstBank PR Santurce CD | B | Interest | | | Sold | 8/13/12 | L | | |
| 28. - Ishares Trust Barclays US Aggr Bond | A | Interest | | | Sold | 12/29/12 | L | | |
| 29. - Citizens St Bk Okemah OK | A | Interest | | | Sold | 1/31/12 | L | | |
| 30. - US Govt Money Mkt Fund | A | Interest | M | T | | | | | |
| 31. - Abbott Lab | A | Int./Div. | | | Sold | 12/19/12 | J | | |
| 32. - Altria Group Inc | A | Int./Div. | J | T | | | | | |
| 33. - AT&T Inc | A | Int./Div. | | | Sold | 12/21/12 | J | | |
| 34. - Automatic Data Processing Inc | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Ronald G. | 04/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Bristol Myers Squibb Co | A | Int./Div. | J | T | | | | | |
| 36.  - CenturyLink Inc. | A | Int./Div. | J | T | | | | | |
| 37.  - Chevron Corp. Long Stock | A | Int./Div. | | | Sold | 3/12/12 | J | | |
| 38.  - Chubb Corp | A | Int./Div. | J | T | | | | | |
| 39.  - Diamond Offshore Drilling, Inc. | A | Int./Div. | J | T | | | | | |
| 40.  - Eli Lilly & Co | A | Int./Div. | J | T | | | | | |
| 41.  - FirstEnergy Corp | A | Int./Div. | J | T | | | | | |
| 42.  - HJ Heinz Co | A | Int./Div. | J | T | | | | | |
| 43.  - Johnson & Johnson | A | Int./Div. | J | T | | | | | |
| 44.  - Kinder Morgan Inc | A | Int./Div. | J | T | | | | | |
| 45.  - Merck & Co Inc | A | Int./Div. | J | T | | | | | |
| 46.  - Microchip Technology Inc | A | Int./Div. | J | T | | | | | |
| 47.  - NSTAR | A | Int./Div. | | | Merged (with line 62) | 4/10/12 | J | | |
| 48.  - Philip Morris Intl | A | Int./Div. | J | T | | | | | |
| 49.  - Proctor & Gamble | A | Int./Div. | J | T | | | | | |
| 50.  - Bank of Montreal | A | Int./Div. | J | T | | | | | |
| 51.  - BCE Inc New | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Ronald G. | 04/03/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Morton Cmnty Bk Ill | B | Interest | | | Sold | 02/17/12 | K | | |
| 53. - ConocoPhillips Inc. | A | Int./Div. | | | Sold | 01/31/12 | J | | |
| 54. ** - Ally Bk Midvale UT CD (Y) | | | | | | | | | See Part VIII |
| 55. * * - Capital One BK Glen Allen VA (Y) | | | | | | | | | See Part VIII |
| 56. ** - Doral BK Catano PR (Y) | | | | | | | | | See Part VIII |
| 57. ** - Frontier Comm Corp (Y) | | | | | | | | | See Part VIII |
| 58. ** - GE Money BK Draper UT (Y) | | | | | | | | | See Part VIII |
| 59. ** - Regions Financial Corp (Y) | | | | | | | | | See Part VIII |
| 60. ** - Strips-Tint (Y) | | | | | | | | | See Part VIII |
| 61. ISHARES TR Dow Jones Sel Divid(X) | C | Int./Div. | L | T | | | | | |
| 62. North East Utilities(X) | A | Int./Div. | J | T | Buy | 04/10/12 | J | | |
| 63. Royal Dutch Shell PLC(X) | A | Int./Div. | J | T | | | | | |
| 64. UnitedHealth Grp Inc(X) | A | Int./Div. | J | T | | | | | |
| 65. Health Care REIT (X) | A | Int./Div. | J | T | | | | | |
| 66. ▢ exericse of POA over IRA #1 assets* | | | | | | | | | See Part VIII |
| 67. - US Gov Money Mkt Fund | A | Interest | J | T | | | | | |
| 68. - Energen Corp | A | Int./Div. | L | T | Sold (part) | 11/28/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Ronald G. | 04/03/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Verizon Comm | A | Int./Div. | J | T | | | | | |
| 70. ▨ exercise of POA over IRA #2 assets* | | | | | | | | | See Part VIII |
| 71. - US Govt Money Mkt Fund RBC Investor Clas (X) | A | Interest | J | T | | | | | |
| 72. - Energen Corp | A | Int./Div. | K | T | Sold (part) | 11/29/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Morgan, Ronald G. | 04/03/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) The mortgages for the rental property appearing on lines 1 and 2 of Part VI of last year's report (CY 2011) was a former residence that we converted into rental property beginning in July 2010. As reflected on line 15 of Part VII in this report, that rental property was sold in October 2012 and the liabilities associated with that property were satisfied.

2) The entries in Part VII marked with * (and in column (5) with "See Part VIII") are all items for which _____ has a power of attorney granted by _____ _____ to care for them and pay their bills and expenses. The assets are her parents'. The power of attorney (granted in Sept 2011) relates to (1) a living trust, the assets of which are identified as items 16-65 in Part VII; (2) _____ IRA, (IRA #1) which are items 66-69 in Part VII; and (3) _____ IRA (IRA#2) which are items 70-72 in Part VII. Because _____ has exercised the power of attorney over some of the items in each category, all of the items under each account covered by the power of attorney are listed. I have no authority over the assets, nor any power of attorney relating to the assets. The items are listed here solely for completeness sake.

3) Entries number 54 - 60 in Part VII, and marked with ** (and in Column (5) "See Part VIII"), are assets that were in the living trust, mentioned above, at some point during CY 2011. All were disposed of during CY 2011 and none were owned by the living trust on or after 12/31/2011. No action involving these items occurred during the current reporting period. They were listed as trust assets in last year's report (for CY 2011), but their disposition was inadvertantly not included in the CY2011 report. The value of each individual asset was listed in the CY 2011 report. In each case, the gain realized was less than $300 and the total gain was less than $500. These entries are intended to avoid any confusion as to the status of these trust assets during the CY 2012 reporting period. Again, I have no interest in or control over these assets; they are listed simply because my wife has a power of attorney over the assets in this living trust and she has exercised that power of attorney, as to some of the assets in the trust, on behalf of her parents.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald G. Morgan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544